JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-01273-JHN -PLAx | Date | February 17, 2011 |
|---|---|---|---|
| Title | Deutsche Bank Trust Company v. Norvell Lee Drawn et al. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   ORDER REMANDING CASE TO STATE COURT  (In Chambers)

Defendant removed this action to federal court on February 10, 2011.[1] (Docket no. 1.) The underlying action was originally filed in state court, and was removed to federal court two previous time: first as Case No. 2:10-cv-03185-JHN-PLAx and second as Case No. 2:10-cv-08195-JHN-PLAx. The Court remanded those to state court on June 8, 2010, and November 12, 2010, respectively.

The new notice of removal is based on the same complaint—filed January 21, 2010, for unlawful detainer—as that underlying the prior removals. Moreover, the new attempt at removal is based on the same federal statute as that in Case No. 2:10-cv-08195-JHN-PLAx, 28 U.S.C. § 1443(1). Therefore, the for the same reasons as those articulated in the Court's remand order of November 12, 2010, the Court hereby remands this action.

Defendant is admonished that under Federal Rule of Civil Procedure 11 and under its inherent power, the Court is authorized to impose appropriate sanctions against parties that abuse the judicial process. *Chambers v. NASCO, Inc*., 501 U.S. 32, 44–45 (1991); Fed. R. Civ. P. 11. Such sanctions may include restrictions on future federal court litigation or, in appropriate circumstances, monetary sanctions.

**The action is hereby REMANDED to the Superior Court of California for the County of Ventura.**

**IT IS SO ORDERED**.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

---

[1] Defendant is proceeding in propia persona.

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:11-cv-01273-JHN -PLAx | Date | February 17, 2011 |
| Title | Deutsche Bank Trust Company v. Norvell Lee Drawn et al. | | |